173 So. 912
### Maymie G. HAMILTON v. G. B. HOVATER et al.
### 8 Div. 737.

Supreme Court of Alabama.
Jan. 21, 1937.

H. H. Hamilton, of Russellville, for appellant.

Wm. Stell, of Russellville, for appellees.

PER CURIAM.

Appeal dismissed for want of prosecution.

174 So. 895
### Roy G. HARRIS v. Frank Brooks HARRIS.
### 3 Div. 214.

Supreme Court of Alabama.
June 9, 1937.

John S. Tilley and Rushton, Crenshaw & Rushton, all of Montgomery, for appellant.

Hill, Hill, Whiting & Rives, of Montgomery, for appellee.

PER CURIAM.

Appeal dismissed by appellant.

173 So. 912
### Wm. H. HOLCOMBE, as Sheriff, v. A. M. GERDE et al. (New Orleans Beverage Agency).
### I Div. 959.

Supreme Court of Alabama.
March 11, 1937.

Rosa Gerhardt, of Mobile, for petitioner.
Geo. A. Sossaman, of Mobile, opposed.

GARDNER, Justice.

Petition of A. M. Gerde and others, doing business as New Orleans Beverage Agency, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Holcombe, Sheriff, v. Gerde et al., 27 Ala.App. 647, 173 So. 919.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

173 So. 912
### Ex parte JEFFERSON COUNTY BUILD-ING & LOAN ASSOCIATION.
### 6 Div. 114.

Supreme Court of Alabama.
April 1, 1937.

Murphy, Hanna, Woodall & Lindbergh and William H. Ellis, all of Birmingham, for petitioner.

F. F. Windham, of Tuscaloosa, and Ewing & Perrine, of Birmingham, for respondent.

PER CURIAM.

Rule nisi denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.

173 So. 912
### Della B. JENNINGS v. W. P. PERKINS.
### 2 Div. 92.

Supreme Court of Alabama.
March 18, 1937.

PER CURIAM.

Appeal dismissed for want of prosecution.